# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501–3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**  
Lopecino S Bernabe

**BANKRUPTCY NO.** 6:10–bk–48017–MJ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–4546  
Employer Tax–Identification (EIN) No(s).(if any):  N/A  
**Debtor Dismissal Date:** 1/4/11

**Address:**  
5375 Circlestone Court  
Hemet, CA 92545

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,  
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: January 4, 2011

BY THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**17 / MAL**